IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| AUDEN CARRASCO,<br>    *Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL NO. 4:20-cv-00007 |
| PENSKE LOGISTICS, LLC., PENSKE TRUCK LEASING CO., L.P. AND MATTHEW GENE FELLER<br>    *Defendants* | §<br>§<br>§<br>§<br>§ | |

**<u>NOTICE OF SETTLEMENT</u>**

COMES NOW AUDEN CARRASCO ("Plaintiff"), who makes and files this Notice of Settlement as follows:

**I.**

The parties have reached a settlement that fully and finally disposes of all parties, claims, and causes of action asserted in this cause. The parties are working on finalizing a formal settlement agreement. The parties reasonably expect to have an agreed motion to dismiss with prejudice on file within thirty (30) days. The parties respectfully ask that this case be removed from the Court's jury trial docket, and that all upcoming deadlines be suspended pending the filing of the motion to dismiss.

Respectfully submitted,

THOMAS J. HENRY LAW, PLLC
5711 University Heights, Suite 101
San Antonio, Texas 78249
Telephone: 210-656-1000
Facsimile: 361-985-0601

By: _____
Russell T. Jackson
State Bar No. 24069978
Email: rjackson@tjhlaw.com
***E-service address: rjackson-svc@tjhlaw.com**
**ATTORNEY FOR PLAINTIFFS**
**AUDEN CARRASCO**

*\*E-Service to this email address only.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and forgoing was served on all parties and/or attorneys of record in the manner described below on this  16th   day of July 2021.

_____
Russell Jackson

**Via E-Service**
Mark Scudder
mscudder@qslwn.com
Ian Salzer
isalzer@qswlm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 Facsimile
**ATTORNEYS FOR DEFENDANTS**