# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| **AUDEN CARRASCO,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | NO.   **P:20-CV-000007** |
| | § | |
| **PENSKE LOGISTICS, LLC,** | § | |
| **PENSKE TRUCK LEASING CO., L.P.,** | § | |
| **and MATTHEW GENE FELLER** | § | |
| *Defendants.* | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(2) and based upon the Plaintiff's Agreed Motion to Dismiss With Prejudice (Doc. 70) filed August 16, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 23rd day of August, 2021.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE